IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02672-LTB-BNB

BRADLEY BRAXTON, and all others similarly situated,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER SHERIFF'S DEPARTMENT,
MAYOR JOHN W. HICKENLOOPER, in his official capacity,
SERGEANT RONALD RODRIGUEZ, in his individual and official capacity,
MAJOR ELIAS DIGGANS, in his individual and official capacity, and
FOUR UNKNOWN DENVER DEPUTY SHERIFFS,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved, subject to final approval by the Denver City Council and Mayor's Office. Accordingly,

IT IS ORDERED that on or before **May 1, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated March 17, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge