**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02672-LTB-BNB

BRADLEY BRAXTON, and all others similarly situated,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DENVER SHERIFF'S DEPARTMENT;
MAYOR JOHN W. HICKENLOOPER, in his official capacity;
SERGEANT RONALD RODRIGUEZ, in his individual and official capacity;
MAJOR ELIAS DIGGANS, in his individual and official capacity;
FOUR UNKNOWN DENVER DEPUTY SHERIFFS, in their individual and official capacity;

      Defendants.
_____

**ORDER DISMISSING INDIVIDUAL DEFENDANTS**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Individual Defendants (Doc 13 - filed March 26, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that the individual Defendants Mayor John W. Hickenlooper, Sergeant Ronald Rodriguez, Major Elias Diggans, and Four Unknown Denver Deputy Sheriffs are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   March 27, 2008