IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02672-LTB-BNB

BRADLEY BRAXTON and all others similarly situated,

    Plaintiffs,

v.

CITY OF DENVER, COLORADO;
DENVER SHERIFFS DEPARTMENT;
MAYOR JOHN W. HICKENLOOPER, in his official capacity;
SERGEANT RONALD RODRIGUEZ, in his individual and official capacity;
MAJOR ELIAS DIGGANS, in his individual and official capacity;
FOUR UNKNOWN DENVER DEPUTY SHERIFFS, in their individual and official capacity;

    Defendants.

_____

**ORDER TO DISMISS**
_____

THE COURT, having reviewed the Plaintiff's Motion to Dismiss the Complaint against all the Defendants and for good cause shown:

HEREBY ORDERS the Motion to Dismiss is GRANTED.

The Complaint is hereby DISMISSED with Prejudice.

Dated: April 30, 2008

BY THE COURT:

    s/Lewis T. Babcock
    United States District Judge